RAYMOND R. WORTENDYKE, trustee, &c., complainant-appellant.

*v.*

LOUIS RAYOT et al., defendants-respondents.

[Decided September 13th, 1917.]

*Mr. Alexander J. Higgins,* for the appellant.

*Mr. J. Emil Walscheid,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons given by Vice-Chancellor Griffin in the opinion filed in the court below, and reported in *87 N. J. Eq. 159.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.